**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7514**

─────────────

TYRONE L. ROBERSON,

Plaintiff - Appellant,

versus

LARRY DUBOSE, Captain; MR. SOTTILE, Chief
Jailer; J. JENKINS, Jailer,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Falcon B. Hawkins, Senior District
Judge.  (CA-97-3444-5-11-BF)

─────────────

Submitted:  December 20, 2000        Decided:  January 16, 2001

─────────────

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Tyrone L. Roberson, Appellant Pro Se.  Isaac McDuffie Stone, III,
LAW OFFICE OF DUFFIE STONE, Bluffton, South Carolina, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone Lamar Roberson, a South Carolina inmate, appeals the district court's order granting summary judgment to Defendants, denying his motion for appointment of counsel, denying his writ of mandamus and denying relief requested in supplemental motions to his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). This Court reviews only those issues raised in the appellant's informal brief, therefore, only the motion for summary judgment is before this Court. 4th Cir. R. 34(b). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See <u>Roberson v. DuBose</u>, No. CA-97-3444-5-11-BF (D.S.C. Sept. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2